# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOAN TILY** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 20-2582 |
| **v.** | : | |
| | : | |
| **ETHICON INC.,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 8th day of September 2020, upon consideration of the *motion for summary judgment* filed by Defendants Ethicon, Inc. and Johnson & Johnson (collectively, "Defendants"), [ECF 39, 40], the response in opposition filed by Plaintiff Joan Tily, [ECF 46, 47], and Defendants' reply, [ECF 50], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion for summary judgment is **GRANTED**, and **JUDGMENT** is entered in favor of Defendants Ethicon, Inc. and Johnson & Johnson and against Plaintiff Joan Tily on Counts I and V.

It is further **ORDERED** that Counts II through IV and VI through XV are deemed **WITHDRAWN**, with prejudice, and Counts XVII and XVIII are **DISMISSED** with prejudice.

The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*